IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BEARAM,

    Plaintiff,

v.

GEORGE C. WIGEN,

    Defendant.

CIVIL ACTION NO. 3:CV-12-2289

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 23rd day of April, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 15) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 15) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Transfer Case for Improper Venue (Doc. 13) is **GRANTED**.

(3) The action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1406(a).

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge